In the Matter of the Claim of SYLVIA STERN, Appellant, against CAMP BLUE RIDGE and STANDARD ACCIDENT COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant appeals as a poor person from the decision of the State Industrial Board, filed April 25, 1939, rescinding an award granted by a referee and disallowing her claim on the ground of lack of jurisdiction. The

evidence in the record supports the findings of the State Industrial Board and the decision should be affirmed, without costs. Decision affirmed. Crapser, Bliss, Heffernan and Foster, JJ., concur; Hill, P. J., dissents.